ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)

16 N. Marengo Ave., Suite 316
Pasadena, CA 91101
Telephone: (415) 326-3558
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com

*Attorneys for Yida Gao, Sand Hill Advisors PR LLC, Shima Capital Management LLC, and Shima Capital GP LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division – Los Angeles)

| | |
|---|---|
| ADAM STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, SHIMA CAPITAL GP LLC, a Puerto Rican limited liability company, and Does 1-50,<br><br>Defendants. | Case No. 2:22-cv-02415-FMO-MAA<br><br>**DECLARATION OF PAUL VERADITTAKIT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR STAY THE PROCEEDINGS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)** |

## DECLARATION OF PAUL VERADITTAKIT

I, Paul Veradittakit, declare as follows:

1. I am over 18 years of age and fully competent to make this declaration.

2. I submit this declaration in support of the Motion to Dismiss or Stay the Proceedings filed by Yida Gao, Sand Hill Advisors PR LLC, Shima Capital Management LLC, and Shima Capital GP LLC. I have personal knowledge of the facts set forth below and, if called upon, could and would competently testify thereto.

3. I am a member of Shima Capital GP LLC.

4. I am a California resident.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 19, 2022, in San Francisco, California.

By: _____
Paul Veradittakit

ORSUS GATE LLP
CALIFORNIA
LITIGATION BOUTIQUE

VERADITTAKIT DECLARATION
CASE NO. 2:22-CV-02415-FMO-MAA

Doc ID: a5bf42a13aa706bf16996f7c7b5e02573cd6b32b

1

## **CERTIFICATION OF SERVICE**

2    The undersigned hereby certifies that on the June 1, 2022, all counsel of
3 record who are deemed to have consented to electronic service are being served
4 with a copy of this document via the Court's CM/ECF system.

5

6                           By: /s/ Denis Shmidt
                                 Denis Shmidt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28