ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)

16 N. Marengo Ave., Suite 316
Pasadena, CA 91101
Telephone: (415) 326-3558
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com

*Attorneys for Yida Gao, Sand Hill Advisors PR LLC, Shima Capital Management LLC, and Shima Capital GP LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division – Los Angeles)

| | |
|---|---|
| ADAM STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, SHIMA CAPITAL GP LLC, a Puerto Rican limited liability company, and Does 1-50,<br><br>Defendants. | Case No. 2:22-cv-02415-FMO-MAA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY AND/OR DISMISS**<br><br>Complaint Filed:  April 11, 2022<br><br>Hearing Date:  June 30, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom:     6D<br><br>**[FED CIV. PROC. R. 12(B)(1) & (6)]**<br><br>Hon. Judge Fernando M. Olguin |

# [PROPOSED] ORDER

Defendants Yida Gao, Sand Hill Advisors PR LLC, Shima Capital Management LLC, and Shima Capital GP LLC (collectively, the "Defendants") Motion to Dismiss or Stay the Complaint came on regularly for hearing before this Court on June 30, 2022.

Having considered the moving and opposition papers, arguments, declarations, all other matters, and requests for judicial notice presented to the Court, the Court finds as follows:

1.      The Court does not possess Diversity Jurisdiction over this case because at least one Defendant is a resident of the same State as at least one Plaintiff.

2.      The Court declines to exercise supplemental jurisdiction of the state-based claims (Claims 2-6) because the state court claims substantially predominate over the single federal claim. *See Acri v. Varian Associates, Inc.*, 114 F.3d 999, 1001 (9th Cir. 1997).

3.      Based on wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation, the Court finds it appropriate to stay the remaining federal claim (Claim 1) pending the resolution of the claims in the Los Angeles Superior Court ("LASC") Action and the Arbitration. *See Colorado River Water Conservation Dist. v. U.S.,* 424 U.S. 800 (1976).

4.      The Court finds that Plaintiffs failed to allege sufficient facts to state any claim upon which relief may be granted, and that dismissal pursuant to Federal Rules of Civil Procedure 12(b)(6) is appropriate as to Sand Hill Advisors PR LLC, Shima Capital Management LLC, and Shima Capital GP LLC (collectively, the "Entity Defendants");

5.      The Court finds that a claim against the Entity Defendants based on Outside Reverse Alter Ego is not available under the circumstances of this case and

that amendment would therefore be futile. *See Postal Instant Press, Inc. v. Kaswa Corp.*, 162 Cal. App. 4th 1510 (2008).

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss or Stay is GRANTED. Claims 2-6 are dismissed as to all Defendants for lack of jurisdiction. Claim 1 is stayed as to Defendant Gao pending the resolution of the pending LASC Action and the Arbitration.  Claim 1 is dismissed as to the Entity Defendants, with prejudice.

IT IS SO ORDERED.

Dated:  _____, 2022

_____
Honorable Fernando M. Olguin
United States District Judge
Central District of California

1

## <u>CERTIFICATION OF SERVICE</u>

2     The undersigned hereby certifies that on the June 1, 2022, all counsel of

3 record who are deemed to have consented to electronic service are being served

4 with a copy of this document via the Court's CM/ECF system.

5

6                                        By: /s/ Denis Shmidt
                                             Denis Shmidt
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28