# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM B. STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, SHIMA CAPITAL GP LLC, a Puerto Rican limited liability company, and Does 1-50,<br><br>　　　　Defendants.<br><br>YIDA GAO, an individual; SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, and SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>ADAM STRUCK, individually and | **CASE NO. 2:22-cv-02415-SPG-MAAx**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Assigned to Honorable Sherilyn Peace Garnett |

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

1  doing business as STRUCK CAPITAL;
   STRUCK CAPITAL MANAGEMENT,
2  LLC, a Delaware Limited Liability
   Company; STRUCK CAPITAL FUND
3  GP LLC, a Delaware Limited Liability
   Company; STRUCK CAPITAL FUND
4  II GP, LLC, a Delaware Limited
   Liability Company; and ROES 1-50,
5  inclusive,

6             Counter Respondents.

1  Plaintiffs and Cross-Defendants Adam Struck, individually and doing
2  business as Struck Capital, Struck Capital Management LLC, Struck Capital Fund
3  GP LLC, and Struck Capital Fund II GP LLC's Motion for Leave to File First
4  Amended Complaint (the "Motion") came on for hearing in Courtroom 5C of the
5  above-entitled Court, on February 8, 2023, the Honorable Sherilyn Peace Garnett,
6  presiding.

7  Having considered the papers submitted by the parties, and having heard
8  arguments of counsel, and satisfactory evidence having been presented, the Court
9  hereby **GRANTS** the Motion.  The Court deems the First Amended Complaint,
10 attached as Exhibit 1 to the Declaration of Amnon Z. Siegel, filed as of the date of
11 this Order.

13 **IT IS SO ORDERED.**

16 DATED: _____, 2023

17 HON. SHERILYN PEACE GARNETT
   UNITED STATES DISTRICT JUDGE