AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
JAMIE D. VOGEL (State Bar No. 307810)
jvogel@millerbarondess.com
ROBBY S. NAOUFAL (State Bar No. 302148) rnaoufal@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs and Counter Respondents
ADAM B. STRUCK & STRUCK CAPITAL MANAGEMENT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM B. STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, SHIMA CAPITAL GP LLC, a Puerto Rican limited liability company, and Does 1-50,<br><br>    Defendants.<br><br>YIDA GAO, an individual; SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, and SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company,<br><br>    Counterclaimants,<br><br>    v. | **CASE NO. 2:22-cv-02415-SPG-MAAx**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br><br><br>Action Filed: April 11, 2022<br><br>Assigned to District Judge Sherilyn Peace Garnett; Magistrate Judge Maria A. Audero |

596692.1

NOTICE OF CHANGE OF ADDRESS

1  ADAM STRUCK, individually and
2  doing business as STRUCK CAPITAL;
   STRUCK CAPITAL MANAGEMENT,
3  LLC, a Delaware Limited Liability
   Company; STRUCK CAPITAL FUND
4  GP LLC, a Delaware Limited Liability
   Company; STRUCK CAPITAL FUND
5  II GP, LLC, a Delaware Limited
   Liability Company; and ROES 1-50,
6  inclusive,

7         Counter Respondents.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, the law offices of Miller Barondess, LLP, attorneys of record for Plaintiff and Counter-Respondents ADAM B. STRUCK & STRUCK CAPITAL MANAGEMENT LLC in the above-captioned matter, have relocated their Los Angeles office. Please send all future correspondence and pleadings to:

> AMNON Z. SIEGEL
> JAMIE D. VOGEL
> ROBBY S. NAOUFAL
> MILLER BARONDESS, LLP
> 2121 Avenue of the Stars, Suite 2600
> Los Angeles, CA   90067

The telephone and facsimile numbers and email addresses remain the same.

DATED: February 3, 2023              MILLER BARONDESS, LLP

By: _____
AMNON Z. SIEGEL
Attorneys for Plaintiffs and Counter Respondents
ADAM B. STRUCK & STRUCK CAPITAL MANAGEMENT LLC

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067.

On February 3, 2023, I served true copies of the following document(s) described as:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2023 at Los Angeles, California.

_Tahira Murphy_
Tahira Murphy

**SERVICE LIST**
**Adam B. Struck, et al. v. Yida Gao v.**
**USDC Case 2:22-cv-02415-SPG-MAAx; Assigned to Honorable Sherilyn Peace Garnett**

| | |
|---|---|
| Denis Shmidt<br>Nabil Bisharat<br>Jennifer Haidar<br>ORSUS GATE LLP<br>16 N. Marengo Avenue, Suite 316<br>Pasadena, CA 91101 | Attorney for Defendants<br>YIDA GAO, SAND HILL ADVISORS PR LLC, SHIMA CAPITAL MANAGEMENT LLC, AND SHIMA CAPITAL GP LLC<br><br>Tel:   (415) 326-3558<br>Email: dshmidt@orsusgate.com<br>            nbisharat@orsusgate.com;<br>            ihaidar@orsusgate.com |
| Henry L. Self III<br>Ryan J. Stonerock<br>HARDER LLP<br>8383 Wilshire Blvd., Suite 526<br>Beverly Hills, CA 9021 | Attorney for Defendants<br>YIDA GAO, SAND HILL ADVISORS PR LLC, SHIMA CAPITAL MANAGEMENT LLC, AND SHIMA CAPITAL GP LLC<br><br>Tel:   (424) 203-1600<br>Email:        rstonerock@harderllp.com<br>            hself@harderllp.com |