1  ORSUS GATE LLP
   Denis Shmidt (Bar No. 267987)
2  Nabil Bisharat (Bar No. 270305)
3  Jennifer Haidar (Bar No. 337558)
   16 N. Marengo Ave., Suite 505
4  Pasadena, California 91101
5  Telephone: (415) 326-3558
   Email: DShmidt@OrsusGate.com
6  Email: NBisharat@OrsusGate.com
7  Email: JHaidar@OrsusGate.com
8
   HARDER STONEROCK LLP
9  Ryan J. Stonerock (State Bar No. 247132)
   Henry L. Self III (State Bar No. 223153)
10 8383 Wilshire Blvd. Suite 526
11 Beverly Hills, California 90211
   Telephone:  (424) 203-1600
12 RStonerock@HarderLLP.com
13 HSelf@HarderLLP.com
14
   Attorneys for Defendant and Counterclaimant
15 Yida Gao and Defendants Sand Hill Advisors
   PR LLC, Shima Capital Management LLC and
16 Shima Capital GP LLC
17

link 110

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican Limited Liability Company, | Case No. 2:22-cv-02415-HDV-MAA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR FILING OF AMENDED COMPLAINT AND COUNTERCLAIM<br><br>Action Filed: April 11, 2022<br><br>Assigned to:<br>U.S. District Judge Hernán D. Vera<br>Magistrate Judge Maria A. Audero |

| | |
|---|---|
| 1 | SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, and Does 1–50, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | YIDA GAO, an individual; |
| 6 | Counterclaimant, |
| 7 | |
| 8 | vs. |
| 9 | ADAM STRUCK, individually and doing business as STRUCK CAPITAL, STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company, STRUCK CAPITAL FUND GP LLC, A Delaware Limited Liability Company, STRUCK CAPITAL FUND II GP, LLC, a Delaware Limited Liability Company, and ROES 1-50, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counter Respondents. |

On August 31, 2023, the parties filed a stipulation by and among Defendant and Counterclaimant Yida Gao ("Gao") and Defendants Sand Hill Advisors PR LLC, Shima Capital Management LLC and Shima Capital GP LLC, on the one hand, and Plaintiffs and Counter Respondents Adam Struck, Struck Capital Management LLC and Counter Respondents Struck Capital Fund GP LLC and Struck Capital Fund II GP LLC, on the other hand (collectively, "Plaintiffs"), by and through their respective counsel, requesting that the Court permit Plaintiffs to file a Second Amended Complaint and Gao to file a Second Amended Counterclaim the ("Stipulation"). Plaintiffs attached their proposed Second Amended Complaint as Exhibit A to the Stipulation and Gao attached his proposed Second Amended Counterclaim as Exhibit B to the Stipulation.

The Court, having considered the parties' request and finding good cause therefore, hereby GRANTS the stipulation and ORDERS that Plaintiffs may file the Second Amended Complaint and Gao may file the Second Amended Counterclaim consistent with Stipulation Exhibits A and B.

DATED: 9/1/23

HERNÁN D. VERA
United States District Judge