AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
ROBBY S. NAOUFAL (State Bar No. 302148)
rnaoufal@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2100
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs and Counter
Respondents
ADAM B. STRUCK; STRUCK
CAPITAL MANAGEMENT LLC;
STRUCK CAPITAL FUND GP LLC;
STRUCK CAPITAL FUND II GP,
LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ADAM B. STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, SHIMA CAPITAL GP LLC, a Puerto Rican limited liability company, SHIMAB LIMITED, a British Virgin Islands business company, and Does 1-50, <br><br> Defendants. | **CASE NO. 2:22-cv-02415-HDV-MAA** <br><br> **COUNTER RESPONDENTS' ANSWER TO YIDA GAO'S SECOND AMENDED COUNTERCLAIM** <br><br><br><br> Action Filed:  April 11, 2022 <br><br> FACC Filed:  November 4, 2022 <br><br> SACC Filed: September 6, 2023 <br><br> Assigned to District Judge Hon. Judge Hernán D. Vera; Magistrate Judge Maria A. Audero |
| YIDA GAO, an individual, <br><br> Counterclaimants, <br><br> v. <br><br> ADAM STRUCK, individually and doing business as STRUCK CAPITAL; STRUCK CAPITAL MANAGEMENT, | |

Case No. 2:22-cv-02415-HDV-MAA

1  LLC, a Delaware Limited Liability
   Company; STRUCK CAPITAL FUND
2  GP LLC, a Delaware Limited Liability
   Company; STRUCK CAPITAL FUND
3  II GP, LLC, a Delaware Limited
   Liability Company; and ROES 1-50,
4  inclusive,

5           Counter Respondents.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

Counter Respondents Adam B. Struck, both individually and doing business as Struck Capital ("Mr. Struck"), Struck Capital Management LLC ("SCM"), Struck Capital Fund GP LLC ("Fund I"), Struck Capital Fund II GP LLC ("Fund II") and Roes 1–50 inclusive (collectively, SCM, Fund I, and Fund II shall be referred to as the "SCM Entities") (collectively, Mr. Struck, SCM, Fund I, Fund II, and SCM Entities shall be referred to as "Counter Respondents") hereby answer the Second Amended Counterclaim filed by Counterclaimant Yida Gao ("Mr. Gao" or "Counterclaimant") on September 6, 2023 (the "Counterclaim"), as follows:

**INTRODUCTION**

1.       Counter Respondents deny that Mr. Struck and Mr. Gao formed a partnership in 2015 that focused on structuring special purpose vehicles ("SPVs") to invest in technology companies.  Counter Respondents admit that Mr. Struck allowed Mr. Gao to participate in certain early SPV deals that Mr. Struck alone had sourced.  Counter Respondents deny that Mr. Struck and Mr. Gao ever entered into a partnership.  Counter Respondents deny that Mr. Struck and Mr. Gao's "relationship quickly developed into growing a venture capital enterprise with an investment portfolio focused on investing in the technology and cryptocurrency space."

2.       Counter Respondents deny that Mr. Struck and Mr. Gao ever entered into a "partnership that was co-equal and relied on the unique skills each brought to the venture."

3.       Counter Respondents lack knowledge to either confirm or deny that Mr. Gao was "an up-and-coming entrepreneur with experience as a mergers and acquisitions banker at Morgan Stanley, that he had "experience as a consultant at McKinsey, and that he had "venture capital experience with one of the largest venture capital firms in the world, New Enterprise Associates."  Counter Respondents deny that with respect to his work with Mr. Struck, that Mr. Gao "provided knowledge, connections, and experience in the world of venture capital."

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

4.      Counter Respondents admit that Mr. Struck worked for one year at Kirkland & Ellis as an associate working in their transactional group.  Counter Respondents deny that Mr. Struck "provided the legal experience to help with structuring deals and drafting the agreements through which those agreements might grow."

5.      Counter Respondents deny the allegations in Paragraph 5.

6.      Counter Respondents admit that Mr. Gao "left his MBA program at Stanford University [and] moved to Los Angeles."  Counter Respondents deny the remaining allegations in Paragraph 6.

7.      Counter Respondents admit the allegations in Paragraph 7.

8.      Counter Respondents deny the allegations in Paragraph 8.

9.      Counter Respondents deny the allegations in Paragraph 9.

10.     Counter Respondents deny the allegations in Paragraph 10, including the allegations in footnote 1.

11.     Counter Respondents deny that Mr. Gao ever had a "rightful position as 50/50 owner of said entities" and was entitled to "50% of the management fees, carried interest, incomes, and distributions due to him."  Counter Respondents admit that the SCM Entities (rightfully) "continue to deny that Mr. Gao ever had a "rightful position as 50/50 owner of said entities" and was entitled to "50% of the management fees, carried interest, incomes, and distributions due to him."

12.     Counter Respondents deny the allegations in Paragraph 12.

13.     Counter Respondents deny that Mr. Gao is entitled to damages or a "declaration from this Counter confirming the existence of his partnership with Mr. Struck and a determination by the Court that this partnership entitles him to 50% ownership of the SCM entities."

## PROCEDURAL HISTORY

14.      Counter Respondents admit that Mr. Gao and Sand Hill Advisors LLC initiated the State Court Litigation on March 25, 2021.  Counter Respondents deny

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

the remaining allegations in Paragraph 14.

15.     Counter Respondents admit that the State Court Litigation brought claims against Counter Respondents.  As to allegations against other non-parties in the State Court Litigation, Paragraph 15 does not make these allegations against Counter Respondents and therefore does not require a response.  However, Counter Respondents deny the allegation in footnote 2 that "Mr. Gao is the rightful co-equal owner of all of the [so-called] Partnership Entities."  The remaining allegations in footnote 2 do not make any allegations against Counter Respondents and therefore do not require a response.

16.     Counter Respondents admit that Mr. Struck filed a Cross-Complaint in the State Court Litigation, on or about June 1, 2021, which document speaks for itself.

17.     Mr. Struck admits that he filed a motion to compel arbitration in the State Court Litigation.

18.     This paragraph does not make any allegations against Counter Respondents and therefore does not require a response.  Court rulings are judicially noticeable and speak for themselves.

19.     Counter Respondents admit that they filed a Complaint in this Court on April 11, 2022, but deny that the Complaint "regurgitated the claims Mr. Struck sought to stay in the State Court."  Counter Respondents admit that they "added a claim based on federal law, which this Court found satisfied federal jurisdiction standards such that this case remains pending before this Court," and that Counterclaimant's Answer and Amended Counterclaim followed.

## THE PARTIES

20.     Counter Respondents admit that Mr. Gao worked for New Enterprise Associates and Morgan Stanley and that he held a position at MIT.  Counter Respondents lack sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 20, and therefore deny them on that basis.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

21.     Counter Respondents admit the allegations in Paragraph 21.  Mr. Struck was formerly barred in the State of New York but no longer practices law.

22.     Counter Respondents admit SCM is an LLC incorporated in Delaware with its principal place of business in Santa Monica.  Counter Respondents deny the remainder of the allegations in Paragraph 22.

23.     Counter Respondents admit Fund I is an LLC incorporated in Delaware with its principal place of business in Santa Monica.  Counter Respondents deny the remainder of the allegations in Paragraph 23.

24.     Counter Respondents admit Fund II is an LLC incorporated in Delaware with its principal place of business in Santa Monica.  Counter Respondents deny the remainder of the allegations in Paragraph 24.

25.     This paragraph does not make any allegations against Counter Respondents and therefore does not require a response.

## **RELEVANT NON-PARTIES**

26.     Counter Respondents admit that DDC is an LLC incorporated in Delaware with its principal place of business in Santa Monica.  Counter Respondents admit that Mr. Gao was a 37.5% member of DDC, and that Mr. Struck was a 62.5% member and that DDC focused on investments in the cryptocurrency and blockchain industries.  Counter Respondents deny the remainder of the allegations in Paragraph 26.

27.     Counter Respondents admit that DDC GP is an LLC incorporated in Delaware with its principal place of business in Santa Monica.  Counter Respondents admit that Mr. Gao was a 37.5% member of DDC GP, and that Mr. Struck was a 62.5% member and that DDC GP focused on investments in cryptocurrency and blockchain.

28.     Counter Respondents admit the first sentence of Paragraph 28.  Counter Respondents deny the remainder of the allegations in this paragraph.

29.     Counter Respondents admit the first sentence of Paragraph 29 and that

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

SCSS GP is a subsidiary of SCSS that was used to act as the general partner to SCSS LP.   Counter Respondents deny the remainder of the allegations in this paragraph.

30.     Counter Respondents admit the first sentence of Paragraph 30 and that SCSA GP is a subsidiary of SCSS that was used to act as the general partner to SCSA LP.   Counter Respondents deny the remainder of the allegations in this paragraph.

31.     This paragraph does not make any allegations against Counter Respondents and therefore does not require a response.

## JURISDICTION AND VENUE

32.     This paragraph contains legal conclusions regarding jurisdiction and therefore does not require a response.  To the extent this paragraph alleges the existence of a partnership between Mr. Gao and Mr. Struck and/or misconduct by Counter Respondents, those allegations are denied.

33.     This paragraph contains legal conclusions regarding jurisdiction and therefore does not require a response.  To the extent this paragraph alleges the existence of a partnership between Mr. Gao and Mr. Struck and/or misconduct by Counter Respondents, those allegations are denied.

34.     This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

35.     This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

36.     This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

37.     This paragraph does not make any allegations against Counter

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

1  Respondents and contains legal conclusions and therefore does not require a

2  response.

3  ## FACTUAL ALLEGATIONS

4  38.  Counter Respondents admit that Mr. Gao and Mr. Struck first met in

5  2015.  Counter Respondents deny that Mr. Gao and Mr. Struck formed a partnership

6  and deny the remaining allegations of Paragraph 38.

7  39.  Counter Respondents deny the allegations in Paragraph 39, including

8  the allegations in footnote 3.

9  40.  Counter Respondents lack sufficient knowledge or information to admit

10  or deny the allegations in Paragraph 40.  To the extent a response is required,

11  Counter Respondents deny the allegations.

12  41.  Counter Respondents deny the allegations in Paragraph 41.

13  42.  Counter Respondents deny the allegations in Paragraph 42.

14  43.  Counter Respondents admit that in 2015, SPV entities, such as Ignus,

15  Probitas, Serico and Vectio, were formed in which Mr. Struck and VIDA Ventures

16  were members of the general partner entity.  Counter Respondents deny the

17  remaining allegations in Paragraph 43 and footnote 4.

18  44.  Counter Respondents can neither admit nor deny this allegation as it

19  relates to multiple entities.  Some of the SPVs failed, while some of them were

20  profitable.

21  45.  Counter Respondents admit that Gao received K-1s for some of the

22  SPVs when he invested directly.  Counter Respondents deny the remaining

23  allegations in Paragraph 45.

24  46.  Counter Respondents lack sufficient knowledge or information to admit

25  or deny the allegations in Paragraph 46 regarding Mr. Gao sharpening his skills and

26  connections.  To the extent a response is required, Respondents deny the remaining

27  allegations.

28  47.  Counter Respondents lack sufficient knowledge or information to admit

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

or deny the allegations in Paragraph 47.  To the extent a response is required, Respondents deny the allegations.

48.     Counter Respondents deny the allegations in Paragraph 48.

49.     Counter Respondents admit that Mr. Gao worked at NEA full-time. Counter Respondents lack sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 49.  To the extent a response is required, Counter Respondents deny the remaining allegations.

50.     Counter Respondents admit the allegations in Paragraph 50.

51.     Counter Respondents deny the allegations in Paragraph 51.

52.     Counter Respondents deny the allegations in Paragraph 52.

53.     Counter Respondents deny the allegations in Paragraph 53.

54.     Counter Respondents deny the allegations in Paragraph 54.

55.     Counter Respondents deny the allegations in Paragraph 55.

56.     Counter Respondents deny the allegations in Paragraph 56.

57.     Counter Respondents admit that Mr. Struck incorporated Fund I in March 2016.  Counter Respondents deny the remaining allegations.

58.     Counter Respondents admit that Mr. Struck incorporated a limited partnership limited liability company in which investors would contribute funds to Fund I.  Counter Respondents deny the remaining allegations in Paragraph 58.

59.     Counter Respondents admit that there is no contract between Mr. Struck and Mr. Gao for Fund I.  Counter Respondents deny the remaining allegations in Paragraph 59.

60.     Counter Respondents admit that Mr. Gao continued to work at NEA and that Mr. Gao received a 1099 tax form while he was at NEA.  Counter Respondents deny the remaining allegations in Paragraph 60.

61.     Counter Respondents deny the allegations in Paragraph 61.

62.     Counter Respondents admit that Mr. Gao worked full-time at NEA while he worked as a contractor for Mr. Struck.  Counter Respondents deny the

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

remaining allegations in Paragraph 62.

63.     Counter Respondents deny the allegations in Paragraph 63.

64.     Counter Respondents deny the allegations in Paragraph 64.

65.     Counter Respondents admit that Mr. Struck paid Mr. Gao management fees from Fund I.  Counter Respondents deny the remaining allegations in Paragraph 65.

66.     Counter Respondents deny the allegations in Paragraph 66.

67.     Counter Respondents deny the allegations in Paragraph 67.

68.     Counter Respondents admit that the SCSS Entities and SCSA GP were incorporated by Mr. Struck in early 2017.  Counter Respondents deny the remaining allegations in Paragraph 68.

69.      Counter Respondents deny the allegations in Paragraph 69.

70.     Counter Respondents deny the allegations in Paragraph 70.

71.     Counter Respondents admit that Gao was issued K-1s for the SCSS Entities and SCSA GP.  These entities have no value.  Counter Respondents deny the remaining allegations of this paragraph.

72.     Counter Respondents deny the allegations in Paragraph 72.

73.     Counter Respondents deny the allegations in Paragraph 73.

74.     Counter Respondents lack knowledge or information to admit or deny the allegations in Paragraph 74.  To the extent a response is required, Counter Respondents deny the allegations in Paragraph 74.

75.     This paragraph purports to recite the contents of documents that speak for themselves.

76.     This paragraph purports to recite the contents of a document that speaks for itself.

77.     Counter Respondents admit that only Mr. Gao and Mr. Struck formed DDC.

78.     Counter Respondents deny the allegations in Paragraph 78.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

79.     Counter Respondents deny the allegations in Paragraph 79.

80.     Counter Respondents deny the allegations in Paragraph 80.

81.     Counter Respondents admit the first sentence of Paragraph 81. With respect to the allegation that the documents stated that Mr. Gao's equity was 37.5% and Mr. Struck's equity was 62.5%, this allegation purports to recite the contents of a written document, which speaks for itself.  Counter Respondents deny all of the remaining allegations in this paragraph.

82.     Counter Respondents admit that Gao signed the DDC Entities' Operating Agreement.  Counter Respondents deny the remaining allegations in Paragraph 82.

83.     Counter Respondents deny the allegations in Paragraph 83.

84.     Counter Respondents deny the allegations in Paragraph 84.

85.     Counter Respondents admit that Mr. Gao attended Stanford Business School.  Counter Respondents deny the remaining allegations in Paragraph 85.

86.     Counter Respondents deny the allegations in Paragraph 86.

87.     Counter Respondents admit that Mr. Gao left Stanford in 2018 to work full-time for the DDC Entities.  Counter Respondents lack knowledge or information to admit or deny whether Mr. Gao wished to remain in the Bay Area. To the extent a response is required, Counter Respondents deny this allegation. Counter Respondents deny the remaining allegations in Paragraph 87.

88.     Counter Respondents admit that Mr. Gao "left his Bay Area home and moved to Los Angeles" to work full-time for the DDC Entities.  Counter Respondents deny the remaining allegations in Paragraph 88.

89.     Counter Respondents deny the allegations in Paragraph 89.

90.     Counter Respondents deny the remaining allegations in Paragraph 90.

91.     Counter Respondents deny allegations in Paragraph 91.

92.     Counter Respondents deny allegations in Paragraph 92.

93.     Counter Respondents deny allegations in Paragraph 93.

94.    Counter Respondents deny allegations in Paragraph 94.

95.    Counter Respondents deny allegations in Paragraph 95.

96.    Counter Respondents deny allegations in Paragraph 96.

97.    This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

98.    Counter Respondents deny allegations in Paragraph 98.

99.    Counter Respondents deny allegations in Paragraph 99.

100.   Counter Respondents deny allegations in Paragraph 100.

101.   Counter Respondents admit Mr. Struck communicated to Mr. Gao that Mr. Gao was not a partner, nor did a partnership exist.  Counter Respondents deny the remaining allegations in Paragraph 101.

102.   Counter Respondents deny allegations in Paragraph 102.

103.   Counter Respondents deny allegations in Paragraph 103.

104.   Counter Respondents admit that in February 2021, Mr. Gao attempted to wire himself $150,000 from the DDC Entities, without consent or authorizations, but the wire did not go through because Gao incorrectly inputted his account number.  Counter Respondents deny the remaining allegations in Paragraph 104.

105.   Counter Respondents admit that Mr. Struck terminated Mr. Gao "for cause" from the DDC Entities in February 2021.  Counter Respondents deny the remaining allegations in Paragraph 105.

106.   Counter Respondents deny allegations in Paragraph 106.

107.   Counter Respondents deny allegations in Paragraph 107.

108.   Counter Respondents deny allegations in Paragraph 108.

109.   Counter Respondents deny allegations in Paragraph 109.

110.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

111.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

112.   Counter Respondents deny allegations in Paragraph 112.

113.   Counter Respondents lack sufficient knowledge or information to admit or deny the allegations made in the first sentence of Paragraph 113, and on that basis deny the allegation. Counter Respondents admit that on July 2, 2023, Mr. Struck sent an email from Mr. Gao's former Struck Capital email account to oliver@insurace.io.  The email purported to be from Mr. Gao and sought an executed copy of Mr. Gao's Simple Agreement for Future Tokens ("SAFT") with InsurAce. Counter Respondents deny the remaining allegations in Paragraph 113.

114.   Counter Respondents deny allegations in Paragraph 114.

## **FIRST CAUSE OF ACTION**

### ***Declaratory Relief***

### ***(By Mr. Gao Against all Counter-Respondents)***

115.   This is a paragraph of incorporation and therefore no response is required.

116.   Counter Respondents deny that Mr. Gao is "owed 50% ownership in the SCM Entities."  The remaining allegations in Paragraph 116 are legal conclusions to which no response is required.

117.   Counter Respondents deny the allegations in Paragraph 117.

118.   Counter Respondents deny the allegations in Paragraph 118.

119.   Counter Respondents deny the allegations in Paragraph 119.

120.   Counter Respondents deny the allegations in Paragraph 120.

121.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

122.   This paragraph does not make any allegations against Counter

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

Respondents and contains legal conclusions and therefore does not require a response.

## SECOND CAUSE OF ACTION

### *Breach of Oral Contract – Partnership Agreement*

### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

123.   This is a paragraph of incorporation and therefore no response is required.

124.   Counter Respondents deny the allegations in Paragraph 124.

125.   Counter Respondents deny the allegations in Paragraph 125.

126.   Counter Respondents deny the allegations in Paragraph 126.

127.   Counter Respondents deny the allegations in Paragraph 127.

128.   Counter Respondents deny the allegations in Paragraph 128.

129.   Counter Respondents deny the allegations in Paragraph 129.

130.   Counter Respondents deny the allegations in Paragraph 130.

131.   Counter Respondents deny the allegations in Paragraph 131.

132.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

133.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

## THIRD CAUSE OF ACTION

### *Breach of Fiduciary Duty*

### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

134.   This is a paragraph of incorporation and therefore no response is required.

135.   Counter Respondents deny the allegations in Paragraph 135.

136.   Counter Respondents deny the allegations in Paragraph 136.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

1    137.   Counter Respondents deny the allegations in Paragraph 137.

2    138.   Paragraph 138 does not make any allegations against Counter

3    Respondents and therefore do not require a response.

4    139.   Counter Respondents deny the allegations in Paragraph 139.

5    140.   Counter Respondents deny the allegations in Paragraph 140.

6    141.   This paragraph does not make any allegations against Counter

7    Respondents and merely cites a statute and therefore does not require a response.

8    which speaks for itself.

9    142.   This paragraph does not make any allegations against Counter

10   Respondents and contains legal conclusions and therefore does not require a

11   response.

12   143.   This paragraph does not make any allegations against Counter

13   Respondents and contains legal conclusions and therefore does not require a

14   response.

15   144.   This paragraph does not make any allegations against Counter

16   Respondents and merely cites a statute and therefore does not require a response.

17   145.   Counter Respondents deny the allegations in Paragraph 145.

18   146.   Counter Respondents deny the allegations in Paragraph 146.

19   147.   Counter Respondents deny the allegations in Paragraph 147.

20   148.   Counter Respondents deny the allegations in Paragraph 148.

21   149.   Counter Respondents deny the allegations in Paragraph 149.

22   150.   Counter Respondents deny the allegations in Paragraph 150.

23   151.   Counter Respondents deny the allegations in Paragraph 151.

24   152.   This paragraph does not make any allegations against Counter

25   Respondents and contains legal conclusions and therefore does not require a

26   response.

27   153.   Counter Respondents deny the allegations in Paragraph 153.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# FOURTH CAUSE OF ACTION

## Breach of Covenant of Good Faith and Fair Dealing

## (Cal. Corp. Code *§ 16404(d)*)

### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

154.   This is a paragraph of incorporation and therefore no response is required.

155.   This paragraph does not make any allegations against Counter Respondents and merely cites a statute and therefore does not require a response.

156.   Counter Respondents deny the allegations in Paragraph 156.

157.   Counter Respondents deny the allegations in Paragraph 157.

158.   Counter Respondents deny the allegations in Paragraph 158.

159.   Counter Respondents deny the allegations in Paragraph 159.

160.   Counter Respondents deny the allegations in Paragraph 160.

161.   Counter Respondents deny that the allegations in Paragraph 161.

162.   Counter Respondents deny the allegations in Paragraph 162.

163.   Counter Respondents deny the allegations in Paragraph 163.

164.   Counter Respondents deny the allegations in Paragraph 164.

165.   Counter Respondents deny the allegations in Paragraph 165.

166.   Counter Respondents deny the allegations in Paragraph 166.

167.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

168.   Counter Respondents deny the allegations in Paragraph 168.

# FIFTH CAUSE OF ACTION

## *Breach of the Implied Covenant of Good Faith and Fair Dealing*

### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

169.   This is a paragraph of incorporation and therefore no response is required.

16

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

170. Counter Respondents deny the allegations in Paragraph 170.

171. Counter Respondents deny the allegations in Paragraph 171.

172. Counter Respondents deny the allegations in Paragraph 172.

173. Counter Respondents deny the allegations in Paragraph 173.

174. Counter Respondents deny the allegations in Paragraph 174.

175. Counter Respondents deny the allegations in Paragraph 175.

176. Counter Respondents deny the allegations in Paragraph 176.

177. Counter Respondents deny the allegations in Paragraph 177.

178. Counter Respondents deny the allegations in Paragraph 178.

179. Counter Respondents deny the allegations in Paragraph 179.

180. Counter Respondents deny the allegations in Paragraph 180.

181. This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

182. This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

## SIXTH CAUSE OF ACTION

### *Accounting (Cal. Corp. Code § 16403)*

### *(By Mr. Gao Against All Counter-Respondents)*

183. This is a paragraph of incorporation and therefore no response is required.

184. Counter Respondents deny the allegations in Paragraph 184. .

185. Counter Respondents deny the allegations in Paragraph 185.

186. Counter Respondents deny the allegations in Paragraph 186.

187. Counter Respondents deny the allegations in Paragraph 187.

188. Counter Respondents deny the allegations in Paragraph 188.

189. This paragraph does not make any allegations against Counter

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

1 Respondents and merely recites a statute and therefore does not require a response.

2 ## SEVENTH CAUSE OF ACTION

3 ### *Intentional Misrepresentation (Fraud)*

4 ### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

5 190. This is a paragraph of incorporation and therefore no response is
6 required.

7 191. Counter Respondents deny the allegations in Paragraph 191.

8 192. Counter Respondents deny the allegations in Paragraph 192.

9 193. Counter Respondents deny the allegations in Paragraph 193.

10 194. Counter Respondents deny the allegations in Paragraph 194.

11 195. Counter Respondents deny the allegations in Paragraph 195.

12 196. Counter Respondents deny the allegations in Paragraph 196.

13 197. Counter Respondents deny the allegations in Paragraph 197.

14 198. Counter Respondents deny the allegations in Paragraph 198.

15 199. Counter Respondents deny the allegations in Paragraph 199.

16 200. Counter Respondents deny the allegations in Paragraph 200.

17 201. This paragraph does not make any allegations against Counter
18 Respondents and contains legal conclusions and therefore does not require a
19 response.

20 202. This paragraph does not make any allegations against Counter
21 Respondents and contains legal conclusions and therefore does not require a
22 response.

23

24 ## EIGHTH CAUSE OF ACTION

25 ### *Negligent Misrepresentation*

26 ### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

27 203. This is a paragraph of incorporation and therefore no response is
28 required.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   204.   Counter Respondents deny the allegations in Paragraph 204.

2   205.   Counter Respondents deny the allegations in Paragraph 205.

3   206.   Counter Respondents deny the allegations in Paragraph 206.

4   207.   Counter Respondents deny the allegations in Paragraph 207.

5   208.   Counter Respondents deny the allegations in Paragraph 208.

6   209.   Counter Respondents deny the allegations in Paragraph 209.

7   210.   Counter Respondents deny the allegations in Paragraph 210.

8   211.   Counter Respondents deny the allegations in Paragraph 211.

9   212.   Counter Respondents deny the allegations in Paragraph 212.

10   213.   Counter Respondents deny the allegations in Paragraph 213.

11   214.   This paragraph does not make any allegations against Counter

12 Respondents and contains legal conclusions and therefore does not require a

13 response.

14   215.   This paragraph does not make any allegations against Counter

15 Respondents and contains legal conclusions and therefore does not require a

16 response.

17   ## NINTH CAUSE OF ACTION

18   ### *Conversion*

19   ### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

20   216.   This is a paragraph of incorporation and therefore no response is

21 required.

22   217.   Counter Respondents deny the allegations in Paragraph 217.

23   218.   Counter Respondents deny the allegations in Paragraph 218.

24   219.   Counter Respondents deny the allegations in Paragraph 219.

25   220.   Counter Respondents deny the allegations in Paragraph 220.

26   221.   Counter Respondents deny the allegations in Paragraph 221.

27   222.   Counter Respondents deny the allegations in Paragraph 222.

28   223.   Counter Respondents deny the allegations in Paragraph 223.

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

224.   Counter Respondents deny the allegations in Paragraph 224.

225.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

## **TENTH CAUSE OF ACTION**

### *Theft by False Pretenses (Penal Code § 496)*

### *(By Mr. Gao Against Counter-Respondent Adam B. Struck)*

226.   This is a paragraph of incorporation and therefore no response is required.

227.   Counter Respondents deny the allegations in Paragraph 227.

228.   Counter Respondents deny the allegations in Paragraph 228.

229.   Counter Respondents deny the allegations in Paragraph 229.

230.   Counter Respondents deny the allegations in Paragraph 230.

231.   Counter Respondents deny the allegations in Paragraph 231.

232.   Counter Respondent admits Mr. Struck had control over the SCM Entities' bank accounts.  Counter Respondent Counter Respondents deny the remaining allegations of Paragraph 232.

233.   Counter Respondent Counter Respondents deny the allegations of Paragraph 233.

234.   Counter Respondents deny the allegations in Paragraph 234.

235.   Counter Respondents deny the allegations in Paragraph 235.

236.   Counter Respondents deny the allegations in Paragraph 236.

237.   Counter Respondents deny the allegations in Paragraph 237.

238.   Counter Respondents deny the allegations in Paragraph 238.

239.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

240.   This paragraph does not make any allegations against Counter

20

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Respondents and contains legal conclusions and therefore does not require a response.

## ELEVENTH CAUSE OF ACTION

### *Unjust Enrichment / Restitution*

### *(By Mr. Gao Against All Counter-Respondents)*

241.   This is a paragraph of incorporation and therefore no response is required.

242.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

243.   Counter Respondents deny the allegations in Paragraph 243.

244.   Counter Respondents deny the allegations in Paragraph 244.

245.   Counter Respondents deny the allegations in Paragraph 245.

246.   Counter Respondents deny the allegations in Paragraph 246.

247.   Counter Respondents deny the allegations in Paragraph 247.

248.   Counter Respondents deny the allegations in Paragraph 248.

249.   Counter Respondents deny the allegations in Paragraph 249.

250.   Counter Respondents deny the allegations in Paragraph 250.

251.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

252.   This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

## TWELFTH CAUSE OF ACTION

### *Promissory Estoppel*

### *(By Mr. Gao Against All Counter-Respondents)*

253.   This is a paragraph of incorporation and therefore no response is

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

1 | required.

2 |   254. This paragraph does not make any allegations against Counter

3 | Respondents and contains legal conclusions and therefore does not require a

4 | response.

5 |   255. Counter Respondents deny the allegations in Paragraph 255.

6 |   256. Counter Respondents deny the allegations in Paragraph 256.

7 |   257. Counter Respondents deny the allegations in Paragraph 257.

8 |   258. Counter Respondents deny the allegations in Paragraph 258.

9 |   259. Counter Respondents deny the allegations in Paragraph 259.

10 |   260. Counter Respondent Counter Respondents deny the allegations in

11 | Paragraph 260.

12 |   261. Counter Respondents deny the allegations in Paragraph 261.

13 |   262. Counter Respondents deny the allegations in Paragraph 262.

14 |   263. Counter Respondents deny the allegations in Paragraph 263.

15 |   264. Counter Respondents deny the allegations in Paragraph 264.

16 |   265. Counter Respondents deny the allegations in Paragraph 265.

17 |   266. This paragraph does not make any allegations against Counter

18 | Respondents and contains legal conclusions and therefore does not require a

19 | response.

20 |   267. This paragraph does not make any allegations against Counter

21 | Respondents and contains legal conclusions and therefore does not require a

22 | response.

23 | ## THIRTEENTH CAUSE OF ACTION

24 | ### *Misappropriation of Name and Identity*

25 | ### *(Cal. Civ. Code § 3344, et seq. and Common Law)*

26 | ### *(By Mr. Gao Against All Counter-Respondents)*

27 |   268. This is a paragraph of incorporation and therefore no response is

28 | required.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

269. This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

270. Counter Respondents deny the allegations of Paragraph 270.

271. Counter Respondents deny the allegations in Paragraph 271.

272. Counter Respondents deny the allegations in Paragraph 272.

273. Counter Respondents deny the allegations in Paragraph 273.

274. Counter Respondents deny the allegations in Paragraph 274.

275. Counter Respondents deny the allegations in Paragraph 275.

276. Counter Respondents deny the allegations in Paragraph 276.

277. This paragraph does not make any allegations against Counter Respondents and contains legal conclusions and therefore does not require a response.

### FOURTEENTH CAUSE OF ACTION
*Unlawful Impersonation*
*(Cal. Penal Code § 528.5)*
**(By Mr. Gao Against Counter Respondent Adam B. Struck)**

278. This is a paragraph of incorporation and therefore no response is required.

279. Counter Respondents admit the allegations of Paragraph 279.

280. Counter Respondents lack sufficient knowledge or information to admit or deny the allegations in Paragraph 280, and on the basis deny the allegations.

281. Counter Respondents deny the allegations of Paragraph 281.

282. Counter Respondents deny the allegations of Paragraph 282.

283. Counter Respondents deny the allegations of Paragraph 283.

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State Facts Sufficient to Constitute a Cause of Action)**

Counter Claimants' claims fail because the counterclaim fails to state

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Case No. 2:22-cv-02415-HDV-MAA
COUNTER RESPONDENTS' ANSWER AND AFFIRMATIVE DEFENSES TO
SECOND AMENDED COUNTERCLAIM

sufficient facts to constitute a cause of action against Counter Respondents.

## SECOND AFFIRMATIVE DEFENSE

### (*Good Faith*)

The Counterclaim, in whole or in part, is barred because Counter Respondents undertook any challenged acts or omissions, in part or in total, in good faith and in conformity with applicable orders, rulings, regulations, and/or interpretations.

## THIRD AFFIRMATIVE DEFENSE

### (*No Violation Of A Legal Duty*)

The Counterclaim is barred, in whole or in part, because Counter Respondents did not violate any legal duty owed to Counter Claimants.

## FOURTH AFFIRMATIVE DEFENSE

### (*Unjust Enrichment*)

Any recovery by Counter Respondents against on the Counterclaim against the Counter Respondents would be unfair and would constitute unjust enrichment.

## FIFTH AFFIRMATIVE DEFENSE

### (*Conduct Not Wrongful*)

The Counterclaim is barred, in whole or in part, because Counter Respondents' conduct was not wrongful or otherwise unlawful.

## SIXTH AFFIRMATIVE DEFENSE

### (*Superseding and Intervening Acts*)

Any damage allegedly sustained by Counter Claimants was caused, in whole or in part, by the superseding and intervening acts and omissions of persons or entities for whose conduct Counter Respondents are not responsible.

## SEVENTH AFFIRMATIVE DEFENSE

### (*No Causation*)

The Counterclaim is barred, in whole or in part, because Counter Claimants' damages, if any, were not caused by the Counter Respondents.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## EIGHTH AFFIRMATIVE DEFENSE

### (*Avoidable Consequences*)

The Counterclaim is barred, in whole or in part, by the doctrine of avoidable consequences.

## NINTH AFFIRMATIVE DEFENSE

### (*Unclean Hands*)

The Counterclaim is barred, in whole or in part, by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (*Prior Pending Action*)

The Counterclaim is barred, in whole or in part, because there is another identical action to this Counterclaim pending in California state court, pursuing the same claims by Counterclaimant against the same Counter Respondents.

## ELEVENTH AFFIRMATIVE DEFENSE

### (*Equitable Estoppel*)

The Counterclaim is barred, in whole or in part, by the doctrine of equitable estoppel.

## TWELFTH AFFIRMATIVE DEFENSE

### (*Attorneys' Fees Not Recoverable*)

Attorneys' fees are not recoverable under the Counterclaim.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (*Failure to Mitigate Damages*)

The Counterclaim is barred, in whole or in part, based on Counterclaimant's failure to mitigate damages.

## RESERVATION OF ADDITIONAL DEFENSES

Counter Respondents reserve their right to add, delete, or modify any and all defenses which may pertain to the Counterclaim that are now or may become

638761.1

available in this action through clarification or amendment of the Counterclaim, through discovery, through further legal analysis of Counter Claimants' or Counter Respondents' claims and positions in this litigation, or otherwise.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Counter Respondents pray that judgment be entered as follows:

A.    Counter Claimant takes nothing by reason of his Counterclaim;

B.    The Counterclaim be dismissed with prejudice;

C.    Counter Respondents recover their costs of suit, including attorneys' fees to the extent recoverable; and

D.    Counter Respondents be awarded such other and further relief as the Court deems just and proper.

DATED:  September 20, 2023          MILLER BARONDESS, LLP

By: _____

        AMNON Z. SIEGEL
        Attorneys for Plaintiffs and Counter
        Respondents
        ADAM B. STRUCK; STRUCK
        CAPITAL MANAGEMENT LLC;
        STRUCK CAPITAL FUND GP LLC;
        STRUCK CAPITAL FUND II GP,
        LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400