AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
ROBBY S. NAOUFAL (State Bar No. 302148)
rnaoufal@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs and Counter Respondents
ADAM B. STRUCK; STRUCK CAPITAL MANAGEMENT LLC; STRUCK CAPITAL FUND GP LLC; STRUCK CAPITAL FUND II GP, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM B. STRUCK, individually and doing business as STRUCK CAPITAL, and STRUCK CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>YIDA GAO, an individual, SAND HILL ADVISORS PR LLC, a Puerto Rican limited liability company, SHIMA CAPITAL MANAGEMENT LLC, a Puerto Rican limited liability company, SHIMA CAPITAL GP LLC, a Puerto Rican limited liability company, SHIMAB LIMITED, a British Virgin Islands business company, and Does 1-50,<br><br>    Defendants.<br><br>YIDA GAO, an individual,<br><br>    Counterclaimants,<br><br>    v.<br><br>ADAM STRUCK, individually and doing business as STRUCK CAPITAL; | CASE NO. 2:22-cv-02415-HDV-MAA<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Action Filed:  April 11, 2022<br><br>Assigned to District Judge Hernán D. Vera; Magistrate Judge Maria A. Audero |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | STRUCK CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company; STRUCK CAPITAL FUND GP LLC, a Delaware Limited Liability Company; STRUCK CAPITAL FUND II GP, LLC, a Delaware Limited Liability Company; and ROES 1-50, inclusive,<br><br>        Counter Respondents. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to C.D. Cal. Local Rule 40-2, Plaintiffs and Counter Respondents Adam B. Struck ("Struck"), individually and doing business as Struck Capital ("Struck Capital"), Struck Capital Management LLC ("SCM"), Struck Capital Fund GP LLC ("Struck Fund I"), and Struck Capital Fund II GP LLC ("Struck Fund II" and, collectively with Struck, Struck Capital, and Struck Fund I, "Plaintiffs") and Defendants and Counterclaimant Yida Gao ("Gao"), Sand Hill Advisors PR LLC ("Sand Hill"), Shima Capital Management LLC ("Shima Capital"), ShimaB Limited ("ShimaB" and, collectively with Gao, Sand Hill, and Shima Capital, "Defendants," and together with Plaintiffs, the "Parties") have entered into a binding settlement agreement resolving all claims in the above-captioned action (the "Action").

The Parties, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate, in consideration of a negotiated settlement agreement executed by them, to the dismissal with prejudice of the Action, including all claims and counterclaims stated herein against the Parties, with each party to bear its own attorneys' fees and costs.

DATED: October 17, 2023            MILLER BARONDESS, LLP


By:  */s/ Amnon Z. Siegel*
     AMNON Z. SIEGEL
     Attorneys for Plaintiffs and Counter Respondents
     ADAM B. STRUCK & STRUCK CAPITAL MANAGEMENT LLC

DATED: October 17, 2023        ORSUS GATE LLP

By:   */s/ Denis Shmidt*
DENIS SHMIDT
Attorneys for Defendants and Counter-Claimants
YIDA GAO, SAND HILL ADVISORS PR LLC, SHIMA CAPITAL MANAGEMENT LLC, SHIMA CAPITAL GP LLC, SHIMAB LIMITED

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400